No. 1097. Evans Reamer & Machine Co. v. United States. Ct. Cl. Certiorari denied. *Richard F. Stevens* for petitioner. *Solicitor General Griswold* for the United States.

No. 447, Misc. Walker v. Florida. Sup. Ct. Fla. Certiorari denied. *Richard Y. Feder* and *Alfred Hopkins* for petitioner. *Earl Faircloth,* Attorney General of Florida, and *Harold Mendelow,* Assistant Attorney General, for respondent.

No. 883, Misc. Parker v. Maryland et al. C. A. 4th Cir. Certiorari denied. *William B. Beebe* and *Hershel Shanks* for respondent National Education Association of the United States, and *J. Cookman Boyd, Jr.,* for respondents Maryland State Teachers' Assn. et al.

No. 938, Misc. Dunn v. United States. C. A. 1st Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.

No. 942, Misc. Connor v. Massachusetts;
No. 955, Misc. Landry v. Massachusetts; and
No. 1068, Misc. Doherty v. Massachusetts. Sup. Jud. Ct. Mass. Certiorari denied. *James J. Twohig* for petitioner in No. 942, Misc., and *F. Lee Bailey* for petitioner in No. 1068, Misc. *Elliot L. Richardson,* Attorney General of Massachusetts, and *Willie J. Davis* and *Howard M. Miller,* Assistant Attorneys General, for respondent in all three cases. Reported below: 353 Mass. 197, 229 N. E. 2d 267.

No. 1017, Misc. Mancilla v. United States et al. C. A. 9th Cir. Certiorari denied. *Solicitor General Griswold* for the United States et al.